[No. 11596-8-III. Division Three. August 11, 1992.]

JOSEPH W. NICKS, *Appellant*, v. PORTLAND IRON
WORKS, *Defendant*, PIW INDUSTRIES,
INC., *Respondent*.

Appeal from a judgment of the Superior Court for Benton
County, No. 90-2-00422-5, Dennis D. Yule, J., entered April

18, 1991. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.